MINUTE ENTRY
CURRAULT, M.J.
JUNE 18, 2020

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| D'ANDREA WINCHESTER | CIVIL ACTION |
| VERSUS | NO. 19-1944 |
| LOUISIANA STATE | SECTION "H" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. After discussions, a settlement was reached and recorded by a court reporter. By copy of this minute entry, Judge Milazzo is advised so that she may enter an appropriate conditional dismissal order.

The court reporter is hereby directed to hold the notes of the settlement agreement reached and recorded in open court on this date in the above-captioned case for further use. In light of the parties' confidentiality agreement, the notes may not be released, and no transcript of the settlement proceedings shall be made, except upon motion noticed to all parties and order of the court.

New Orleans, Louisiana, this  18th  day June, 2020.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. JANE TRICHE MILAZZO**
**JODI SIMCOX, COURT REPORTER**


**MJSTAR:  1:58**