## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **D'ANDREA WINCHESTER** | * | **CASE NO. 2:19-cv-01944** |
| | * | |
| **VERSUS** | * | **JUDGE MILAZZO** |
| | * | |
| **STATE OF LOUISIANA, ET AL** | * | **MAGISTRATE JUDGE CURRAULT** |
| | * | |

**************************************************************************

## <u>ORDER</u>

Considering Plaintiff's Motion to Dismiss and finding it well taken:

**IT IS ORDERED** that Plaintiff's Motion to Dismiss is **GRANTED** and all claims and demands of plaintiff, D'Andrea Winchester, against defendant, the State of Louisiana, through the Orleans Parish Criminal District Court, be and the same are hereby **DISMISSED WITH PREJUDICE**, all parties to bear their own costs.

New Orleans, Louisiana, this 27th day of July, 2020.

_____
JUDGE JANE TRICHE MILAZZO